**Entered on Docket
December 09, 2009**

Electronically Filed on _____

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-77314

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-28477-lbr |
| Supavadee Srisakorn | Date: 11/23/2009<br>Time: 10:30 a.m. |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 7135 S Durango Drive#215, Las Vegas, NV 89113, and legally described as follows:

Parcel No.1:

Unit Number 215, in Building 9, as shown by the Final Map of Vistana Condominiums-Unit 3, as shown by Map thereof on file in Book 98 of Plats, Page 21, in the Office of the County Recorder of Clark County, Nevada, and thereafter amended by Certificate of Amendment recorded June 13, 2001 in Book 20010613 as Document No. 01312 of Official Records in the Office of the County Recorder of Clark County, Nevada.

Parcel No.2:

One (1) "Allocated Interest" in and to the Condominium Project referred to in Parcel No. 1 above and defined in Section 1.2 of Article 1 of the Declaration of Covenants. Conditions and Restrictions for Vistana Condominiums, recorded December 3, 1998 in Book 981203 as Documenc No. 01505 and thereafter re-recorded December 14, 1998 in Book 981214, as Document No. 01056 and by that certain Annexation Amendment recorded July 2. 2001 in Book 20010702 as Document No. 02990 of Official Records, in the Office of the County Recorder of Clark County, Nevada;

Excepting therefrom the following:

All Living units of the Final Map of Vistana Condominiums-Unit 2 ( A Common Interest Community) as shown by Map thereof on file in Book 98 of Plats, Page 20 of Official Records in the Office of the County Recorder of Clark County, Nevada.

Parcel No.3:

The Exclusive Right to use, possess and occupy those portions of the Common Elements being recorded upon the Plat and defined as Limited Common Elements in the Declaration referred to in Parcel No. 2 herein, which are appurtenant to and for the exclusive use of Parcel No.1.

//
//
//

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

DATED this 4th day of December 2009

Submitted by:

**WILDE & ASSOCIATES**

By:___/s/Gregory L. Wilde, Esq___
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Stefanie Clement
9960 W. Cheyenne Ave.
Suite 190
Las Vegas, NV 89129
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
James F. Lisowski, Sr.
P.O Box 95695
Las Vegas, NV  89193
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order             \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __✓__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order             \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order             \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __✓__ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor